# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

MICHAEL RAMAGE and
LEANN RAMAGE                                                                PLAINTIFFS

VS.                                                CIVIL ACTION NO. 4:17CV00186-DMB-JMV

BGHA, INC., ET AL.                                                         DEFENDANTS

## ORDER

Before the Court is Defendants' unopposed motion for a trial continuance and extension of case management order ("CMO") deadlines [23]. After consultation with the District Judge's chambers, the undersigned is hereby authorized to grant only the extensions to the deadlines set out below. In doing so, the Court notes that the parties misrepresented to the Court that all initial disclosures had been completed in January 2018 and have further failed to pursue the informal discovery dispute resolution means provided for in the CMO, so as to have advanced this case in a timely fashion. Accordingly, the motion is granted in part, and the following deadlines now control:

Plantiffs' expert designation - 10/1/18

Defendants' expert designation - 11/1/18

Discovery - 12/17/18

Dispositive and *Daubert* motions - 1/3/19

SO ORDERED this 26th day of June, 2018.

/s/ Jane M. Virden
U. S. Magistrate Judge